**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**HEATHER SHUSTER,**

      **Plaintiff,**

v.                                                 **Case No.: 2:16-cv-136
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

**ORDER**

      This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on January 11, 2017. The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*. The Commissioner of Social Security's non-disability finding is hereby **REVERSED** and this matter is **REMANDED** to the Commissioner and the Administrative Law Judge pursuant to Sentence Four of 42 U.S.C. § 405(g).

      The Clerk shall remove Document 17 from the Court's pending motions list and enter final judgment in this case.

      **IT IS SO ORDERED.**

                                                            */s/ George C. Smith*
                                                           **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**